IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES GERMALIC,

    Plaintiff,

v.                           CASE NO. 4:12cv580-RH/CAS

KEN DETZNER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The motion for an injunction, ECF No. 1, is DENIED. The plaintiff having filed no complaint, the clerk must enter judgment stating, "This case is DISMISSED." The clerk must close the file.

SO ORDERED on December 18, 2012.

                                            s/Robert L. Hinkle
                                            United States District Judge